THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| FIRST SOLAR, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 25-582 (JLH) |
| v. | ) | |
| | ) | |
| CANADIAN SOLAR INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

### NOTICE OF SERVICE

I hereby certify that on the 19th Day of December, 2025, counsel for Plaintiff caused a copy of the following to be served upon counsel of record listed below via email:

1. First Solar, Inc.'s Initial Infringement Contentions.

CONNOLLY GALLAGHER LLP

Arthur G. Connolly, III
1201 North Market Street, 20th Floor
Wilmington, DE 19801
aconnolly@connollygallagher.com

SIDLEY AUSTIN LLP

Michael J. Bettinger
555 California Street
Suite 2000
San Francisco, CA 94104
mbettinger@sidley.com


Michael L. Roberts
2021 McKinney Avenue, Suite 2000
Dallas, TX 75201
mroberts@sidley.com

Samuel N. Tiu

Brooke S. Boll
Lazaro Almeida Pacheco
350 South Grand Avenue
Los Angeles, CA 90071
stiu@sidley.com
Brooke.boll@sidley.com
Laz.pacheco@sidley.com

Dated: December 25, 2025

**WILKS LAW, LLC**

<u>/s/ D. Charles Vavala, III</u>
D. Charles Vavala III, Esq. (Bar No. 6098)
4250 Lancaster Pike, Suite 200
Wilmington, DE 19805
(302) 225-0854
cvavala@wilks.law
*Attorney for Plaintiff First Solar, Inc.*